**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| TARKETT USA, INC.<br><br>Plaintiff,<br><br>v.<br><br>H.B. FULLER COMPANY<br>1200 Willow Lake Blvd.<br>St. Paul, MN 55110,<br>H.B. FULLER CONSTRUCTION PRODUCTS INC.,<br>AND TEC SPECIALTY PRODUCTS,<br><br>Defendants. | Case No. 25-cv-01711-DAP |

Plaintiff Tarkett USA, Inc. ("Tarkett") through its undersigned counsel, hereby submits the below preliminary witness list pursuant to the Court's April 30, 2026 Order.

Tarkett served discovery requests on TEC Specialty Products on May 26, 2026, and served discovery requests on H.B. Fuller Company and H.B. Fuller Construction Products on May 27, 2026 and June 9, 2026. The parties have not yet produced documents. Upon review of discovery, Tarkett will likely revise the witness list below. Accordingly, Tarkett reserves the right to supplement and/or amend this witness list, including upon its review of discovery and upon receiving, and in response to, the witness list, exhibit list, or any other pre-trial submission of Defendants.

<u>Fact Witnesses</u>

1. Bob Bates (Technical Services Systems Development Manager, Tarkett), c/o Glenn Agre Bergman & Fuentes LLP, 1185 Avenue of the Americas, New York, New York, 10036, (212) 970-1600.

2. Robert Bullock (Quality Director, Tarkett), c/o Glenn Agre Bergman & Fuentes LLP, 1185 Avenue of the Americas, New York, New York, 10036, (212) 970-1600.

3. Matt Hanks (Production Control Analyst, Tarkett), c/o Glenn Agre Bergman & Fuentes LLP, 1185 Avenue of the Americas, New York, New York, 10036, (212) 970-1600.

4. Julia Schauer (former employee of Tarkett), c/o N/A.

5. Sarah Dush (former employee of Tarkett), c/o N/A.

6. Tracy M. Muller (Strategic Account Manager, H.B. Fuller Construction Adhesives), c/o Miller, Canfield, Paddock and Stone, P.L.C., 50 West Jefferson, Suite 2500 Detroit, Michigan 48226, (313) 496-8479.

7. Derrick Sharpe, c/o Miller, Canfield, Paddock and Stone, P.L.C., 50 West Jefferson, Suite 2500 Detroit, Michigan 48226, (313) 496-8479.

8. Ron Loffredo, c/o Miller, Canfield, Paddock and Stone, P.L.C., 50 West Jefferson, Suite 2500 Detroit, Michigan 48226, (313) 496-8479.

9. Eric Daliere (Chief Executive Officer, TEC Specialty Products), c/o Reminger, 154 Columbus Avenue, Sandusky, Ohio 44870, (419) 609-4228.

<u>Expert Witness</u>

Causation Expert – TBD, pursuant to April 30, 2027 deadline for affirmative expert disclosures.

Dated: New York, New York
July 17, 2026

Respectfully submitted,

**GLENN AGRE BERGMAN & FUENTES LLP**

By: ______________________________
Reid Skibell
Julia L. Gordon
1185 Avenue of the Americas, 22nd Floor
New York, NY 10036
rskibell@glennagre.com
jgordon@glennagre.com
Tel: (212) 970-1600

*Attorneys for Plaintiff Tarkett USA, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 16, 2026, the foregoing document was served in accordance with the Federal Rules of Civil Procedure and/or the Local Rules of the United States District Court for the Northern District of Ohio upon the attorney for Defendants in the above-entitled action by electronic mail.

DATED: July 17, 2026

By: ______________________
Reid Skibell